UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVINDER KAUR, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>RICARDO RIOS, )<br>)<br>       Defendants. )<br>) | 1:10-CV-01149 OWW DLB<br><br>**ORDER DISMISSING ACTION** |

   Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

   IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 13, 2011**           **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1